IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CV-123-D

| | | |
|---|---|---|
| DENIS PAYNE, and ACCESS FOR THE DISABLED, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | **ORDER** |
| KARAN KRISHNA, LLC, | ) ) ) | |
| Defendant. | ) | |

Defendant filed a motion to withdraw jury demand [D.E. 20]. Having reviewed the record, defendant's motion to withdraw jury demand [D.E. 20] is GRANTED. Plaintiffs's motion to strike jury demand [D.E. 17] is DENIED as moot.

SO ORDERED. This **23** day of July 2010.

JAMES C. DEVER III
United States District Judge