UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DENISE PAYNE,<br>ACCESS FOR THE DISABLED, INC.,<br>    Plaintiffs,<br><br>v.<br><br><br>KARAN KRISHNA, LLC,<br>    Defendant. | **JUDGMENT**<br><br>No. 5:10-CV-123-WW |

**Decision by Court.**

This action came before United States Magistrate Judge William A. Webb for consideration of defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** that defendant's motion to dismiss is GRANTED and plaintiffs' claims are DISMISSED in their entirety. Based on this ruling, plaintiffs' motion for summary judgment is DENIED AS MOOT.

**This judgment filed and entered on March 8, 2011, and served on:**

Christopher D. Lane (via CM/ECF Notice of Electronic Filing)
Pete M. Monismith (via CM/ECF Notice of Electronic Filing)
William Joseph Austin, Jr. (via CM/ECF Notice of Electronic Filing)
William John Cathcart, Jr. (via CM/ECF Notice of Electronic Filing)

March 8, 2011                          /s/ Dennis P. Iavarone
                                                         Clerk of Court